MUTUAL BENEFIT LIFE INSURANCE COMPANY v. COUNTY OF MARTIN.[1]

May 8, 1908.

Nos. 15,568—(112).

The county treasurer of Martin county being unable to determine whether plaintiff company was entitled to record a certain mortgage in its favor without payment of the registration tax required by Laws 1907, c. 328, the treasurer endorsed the fact of his uncertainty upon the instrument and the company paid the amount of the tax to the clerk of the district court for that county. The plaintiff company having brought the hearing of the matter whether the amount should be returned to it before the district court, the facts being stipulated, the court, Quinn, J., made findings and ordered that the proceeding be dismissed and judgment be entered in favor of defendant. From this order plaintiff appealed. Affirmed.

*Stuart & Finstad* and *Lane & Waterman*, for appellant.

*E. T. Young,* Attorney General, *J. E. Palmer,* County Attorney, and *E. C. Dean,* for respondent.

PER CURIAM.

In the case of the Mutual Benefit Life Ins. Co. v. County of Martin, supra, page 179, 116 N. W. 572, the constitutionality of Laws 1907, p. 448, c. 328, was sustained. For the reasons stated in the opinion in that case, the order appealed from in this case is affirmed.

[1] Reported in 116 N. W. 575.